UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Allen A. Watts                                Civil Action No. 04-CV-1135

versus                                          Judge Tucker L. Melançon

St. Landry Parish School Board,               Magistrate Judge Methvin
et al.

**ORDER**

Before the Court is *pro se* Plaintiff Allen Watts' Motion for Judgment [Rec. Doc. 29] in which Plaintiff moves the Court to reconsider its Memorandum Ruling [Rec. Doc. 22]and Judgment [Rec. Doc. 23] granting Defendants' Motion for Summary Judgment, entered on November 10, 2005. A motion to reconsider a dispositive pre-trial motion is analogous to a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), when it is served within ten (10) days of the Court's ruling. *See Lavespere v. Niagara Mach. & Tool Works, Inc.,* 910 F.2d 167, 173 (5th Cir.1990). Rule 59(e) affords the Court significant discretion when deciding whether to alter or amend its judgment. *Id*. at 174. While Rule 59(e) does not set forth any specific grounds for relief, courts have generally considered four factors: (1) an intervening change in controlling law; (2) the availability of new evidence not previously available; (3) the need to correct a clear error of law or fact

upon which the judgment is based; or (4) prevent manifest injustice. *In re Benjamin Moore & Co.*, 318 F.3d 626, 629 (5th Cir. 2002); *Fields v. Pool Offshore, Inc.*, 1998 WL 43217 at 2 (E.D.La. Feb.3, 1998).

The Court finds that Plaintiff has failed to raise any ground upon which his Motion should be granted. Moreover, the Court's Ruling was based on its consideration of the record of this matter as well as the applicable law.

Accordingly,

IT IS ORDERED that Plaintiff's Motion for Judgment [Rec. Doc. 29] is DENIED.

Thus done and signed this 31st day of January, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE